IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

African Immigrants Rights Council,

    Plaintiff,

 v.

Ur Jaddou and United States Citizenship and Immigration Services,

    Defendants.

Case No. 8:24-cv-02584-LKG

### INDEX OF EXHIBITS

| Tab | Description |
|---|---|
| 1 | Declaration of James Baxley |
| 2 | Exhibit A – FOIA request letter dated July 12, 2024 |
| 3 | Exhibit B - USCIS acknowledgement of Plaintiff's request dated July 16, 2024 |
| 4 | Exhibit C – USCIS letter dated October 7, 2024 |
| 5 | Exhibit D - Screen shot of the UPS address system's notification |
| 6 | Exhibit E - FOIA request letter dated July 12, 2024 |
| 7 | Exhibit F – Memorandum re: Updates to Credible Fear Checklist Related to Internal Relocation dated May 9, 2024 |
| 8 | Exhibit G – Lesson Plan Overview |
| 9 | Exhibit H - USCIS acknowledgement of Plaintiff's request dated October 10, 2024 |