

U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services
National Records Center
P.O. Box 648010
Lee's Summit, MO 64064-8010

**U.S. Citizenship and Immigration Services**

October 7, 2024

**Control Number: COW2024005219**

Julius Nyerere
African Immigrant
Rights Council

Dear Julius Nyerere:

This is in response to your Freedom of Information Act / Privacy Act (FOIA/PA) request received in this office on 7/12/2024 requesting DHS issued May 9, 2024 revised guidance to asylum officers on whether an asylum seeker could reasonably relocate.

We have considered the foreseeable harm standard when reviewing the record set and have applied the FOIA exemptions as required by the statute and the Attorney General's guidance. We have completed the review of all documents and have identified 5 pages that are responsive to your request. Enclosed are 3 pages released in full and 2 pages released in part. We have reviewed and have determined to release all information except those portions that are exempt pursuant to 5 U.S.C. § 552 (b)(7)(E) of the FOIA.

The following exemptions are applicable:

Exemption (b)(7)(E) of the FOIA provides protection for records or information for law enforcement purposes which would disclose techniques and procedures for law enforcement investigations or prosecutions or would disclose guidelines for law enforcement investigations or prosecutions if such disclosure could reasonably be expected to risk circumvention of the law. The types of documents and/or information we have withheld could consist of law enforcement systems checks, manuals, checkpoint locations, surveillance techniques, and various other documents.

If you have any questions, please contact Assistant United States Attorney Matthew Shea at Matthew.Shea2@usdoj.gov.

Sincerely,

*James A Baxley*

James A Baxley
Chief FOIA Officer
Freedom of Information Act & Privacy Act Unit

www.uscis.gov

J.R. 12