

J.R. 13