# David L. Cleveland
## Attorney at law

1220 L Street NW #100
Washington DC 20005
(202) 812-8684
1949.david@gmail.com

April 2, 2025

Via CM/ECF

The Honorable Lydia Kay Griggsby
United States District Judge
6500 Cherrywood Lane
Suite 400
Greenbelt, Maryland 20770

> Withdrawal of Notice of Intent to File Motion for Leave to Supplement Record and Motion for Leave to File Sur-Reply in :
>
> *African Immigrant Rights Council v. Ur Jaddou, et al.*, No. 8:24-cv-02584-LKG

Dear Judge Griggsby:

Plaintiff African Immigrant Rights Council ["AIRC"] hereby withdraws its Notice of Intent to File Motion, which had been filed on March 31st.

The defendant agency just released the contested document in this case, in full.
So, there is no need to file a Motion for Leave to Supplement the Record.

Respectfully submitted,

By: _____*David L. Cleveland*_____
David L. Cleveland
1220 L Street, NW #100
Maryland Bar # 13559; DC Bar # 424209
Washington, D.C., 20005
(202) 812-8684
1949.david@gmail.com
*Counsel for Plaintiff AIRC*

1