IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| AFRICAN IMMIGRANT RIGHTS COUNCIL, )<br>)<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES CITIZENSHIP AND )<br>IMMIGRATION SERVICES, )<br>)<br>    Defendant. )<br>) | Civil Action No. 24-cv-02584-LKG<br><br>Dated: April 16, 2025 |

## ORDER

On September 6, 2024, the Plaintiff filed the complaint in the above-captioned civil matter, which asserts the following claims, pursuant to the Freedom of Information Act ("FOIA"): (1) the Defendant failed to produce a certain "revised guidance" in response to the Plaintiff's FOIA request, in violation of 5 U.S.C. § 552(a)(3) and (a)(6) and (2) the Defendant has a duty to make the requested guidance available for public inspection, pursuant to 5 U.S.C. § 552(a)(2)(D). *See generally* ECF No. 1; *see also* 5 U.S.C. § 552. As relief, the Plaintiff requests, among other things, that the Court order the Defendant to promptly disclose the requested records and order the Defendant to "publish the record in an electronic format and make it available for public inspection." *Id.* at Prayer for Relief.

On December 13, 2024, the Defendant filed a motion for summary judgment. ECF No. 17. On December 24, 2024, the Plaintiff filed a response in opposition to the Defendant's motion. ECF No. 18. On January 28, 2025, the Defendant filed a reply in support of its motion for summary judgment. ECF No. 19.

It is undisputed that the Government has produced the requested records to the Defendant in March 2025. *See* ECF Nos. 24 and 26. It is also undisputed that the requested records have been made publicly available on the United States Citizenship and Immigration Services' ("USCIS") website at:

https://www.uscis.gov/sites/default/files/document/memos/May92024DHSPressRelease.pdf.

*See* ECF Nos. 24 and 26.  And so, the Plaintiff has received all of the relief that it requested in the complaint.  *See* ECF No. 1.

During the status hearing held in this matter on April 16, 2025, the Plaintiff raised an additional concern that the Government has not publicly announced that USCIS has posted the subject records online.  And so, the Plaintiff seeks additional briefing on this issue.  ECF Nos. 26 and 28.  But this new claim is not set forth in the complaint.  *See* ECF No. 1.  And so, the Plaintiff is now raising an additional claim that falls outside the scope of the complaint.

For the foregoing reasons, the Court:

(1) **GRANTS** the Defendant's motion for summary judgment (ECF No. 17);

(2) **ENTERS** judgment in favor of the Defendant on the Plaintiff's claims; and

(3) **DIRECTS** the Clerk to **CLOSE** the case.

**IT IS SO ORDERED.**

s/ Lydia Kay Griggsby
LYDIA KAY GRIGGSBY
United States District Judge